# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/16/18 | 5/17/18 10:00 AM | BMO Harris Bank N.A. |

**INVENTORY MADE IN THE PRESENCE OF**

SA Patrick Leighton

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

- All funds on deposit in BMO Harris Bank N.A. Account Number 4812234811, held in the name of Rephaiah Trading and Logistics Inc.
- $1,362.83

# CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 6/1/18

R. Vert

*Executing Officer's Signature*

Special Agent Ryan Waters

*Printed Name and Title*